# EXHIBIT 1



William J. Dunn, Esq.
T: (617) 619-1831
E: william.dunn@ef.com

**VIA FEDERAL EXPRESS**

March 10, 2020

DAWSON & LORDAHL PLLC
Attn: Melissa R. Douglas, Esq.
8925 West Post Road, Suite 210
Las Vegas, NV 89148

   Re: **Brinley Douglas**

Dear Attorney Douglas:

  I am General Counsel for EF Educational Tours ("EF"), and I write in response to your letter dated March 5, 2020, regarding your child's educational tour program. At the outset, let me say that I understand your frustration related to what is truly an unprecedented and constantly evolving situation related to the recent outbreak of COVID-19 (coronavirus). We share your disappointment that this event has affected your child's tour program, an educational travel experience for which we know you have saved for and anticipated for over a year.

  I wish we could provide you and all of EF's affected travelers a perfect solution. But as you may imagine, this worldwide health event presents a particularly complex and challenging situation for the travel and educational travel industries, especially for educational group travel programs like the one your child enrolled on with EF. This is because EF books large volumes of space with suppliers like airlines and hotels months if not years in advance. This helps ensure that we are able to offer travelers the highest quality services at the lowest price. It also means, however, that this particular world event presents a significant challenge due to the speed, scope, and ever-changing nature of the outbreak and its timing right before the peak of the student travel season and after EF has incurred significant costs for scheduled tour programs about to depart.

  With respect to your child's scheduled tour to Venice, the Alps, and Paris, the U.S. Department of State issued a Level 3 Travel Advisory (Reconsider Travel) for all of Italy and a Level 4 Travel Advisory (Do Not Travel) for Northern Italy on February 28, 2020, which was only weeks before the departure date of your child's program. In response, EF immediately reached out to your child's Group Leader to discuss a number of options to modify, re-book, and delay the tour as necessary given the implications of this Travel Advisory for the health, safety, and well-being of all travelers. What EF has not done is cancel your child's tour. In fact, as of the date of this letter, Italy has imposed a country-wide travel ban that would preclude the tour program from operating as scheduled, and your child's Group Leader has obtained agreement from the large portion of your child's group to delay the scheduled tour until next year. EF is making this option available without any re-booking fees or extra costs to the group, despite the significant costs EF

1

will incur and absorb with respect to modifying the tour program's dates this close to departure and re-booking all components of the program for next year.

EF understands, however, that not all student travelers have the flexibility or desire to travel on a modified itinerary or dates. For this reason, EF is also expanding its Peace of Mind program to allow for individually issued future travel vouchers to those students. Students selecting this option will receive a flexible, transferable future travel voucher in the amount of all monies paid, less the $95 non-refundable deposit and any non-refundable fees (such as late charges or the Global Travel Protection Plan). The voucher is redeemable during the current or following travel year on a future EF Educational Tour or on one of EF's many other travel and language learning programs, including its domestic U.S. student educational travel programs (EF Explore America), its international educational travel programs with a college professor (EF College Study), its international travel programs designed for young adults (EF Ultimate Break), its semester or year-long educational gap year program (EF Gap Year); its international travel programs designed for adult travelers (EF Go Ahead Tours), and its many international language learning programs (EF Language Schools). In addition, if the traveler receives a future travel voucher but cannot or does not wish to use it for a future travel or language learning program, EF makes the vouchers transferable to a family member or to students or faculty in the traveler's school district to help a family recoup its investment nearly in full. In this situation, for example, if your child will have graduated and therefore cannot travel on the modified dates of the tour, it is possible for you to sell this voucher to another student at the school who does wish to join this tour program and your family can recoup nearly all of your investment.

During this challenging time, EF is working to support its travelers and to invest in flexible options for future travel for all of its many groups affected by this evolving world event. We would much rather continue to work with you and other families affected by these events to find cooperative and creative solutions that help honor the travel experience you expected and that are viable for EF as we navigate this unprecedented situation. I do believe that is possible in this situation if we are able to provide you enough information to understand the challenges of this situation from our perspective. If so, I am confident we can figure out the best option that is available for your family.

If you have any questions or would like to discuss this matter further, please do not hesitate to contact me directly.

Sincerely,

*[signature]*

William J. Dunn, Esq.
General Counsel

EF Education First
EF Center Boston

Two Education Circle
Cambridge, MA 02141
p: (617) 619-1831
william.dunn@ef.com