# EXHIBIT 3

3/17/2020 Fwd: Updated information from EF Tours | Información actualizada de EF Tours - william.mcgrane@mcgranellp.com - Mcgranellp.com Mail

Case 1:20-cv-11740-DJC Document 1-4 Filed 03/17/20 Page 2 of 3

From: EF Educational Tours <eftours@mail.eftours.com>
To: lvlawgirl <lvlawgirl@aol.com>
Sent: Tue, Mar 17, 2020 11:28 am
Subject: Updated information from EF Tours | Información actualizada de EF Tours

Dear Parent/Adult Traveler,

Thank you for your patience as we've worked on bringing our travelers home from around the world since Wednesday's announcement.

We have been in touch with your Group Leader to talk about where things stand with current and future tours, and update them on some key changes we've made to our policies to ensure people have more options to protect their full investment—and now we'd like to share that same information with you.

As of last Thursday, all tours scheduled through April 30 will need to be postponed. Because of this unique situation, we have made temporary changes to our Peace of Mind program to cover anyone traveling in March and April.

For many of you who have already joined a newly rescheduled tour, you don't need to do anything. We are in the process of enrolling you on the rescheduled tour and applying your new voucher.

For those of you who have not yet made a decision, once you receive your electronic travel voucher next week, there will be more specific details and instructions on how to redeem your voucher.

Here are the enhancements we have made to our Peace of Mind program for you:

- All individuals scheduled to travel in March or April will now automatically receive an electronic Future Travel Voucher for the full amount they paid (including all non-refundable payments) which is good through September 30, 2022. This will allow anyone to rebook to the new date and not lose any money. To better support everyone, we have made the decision to honor the current tour price for any rescheduled date through 2021.
- If an individual cannot join a newly rebooked tour but still wants to travel, they can use the full amount of their voucher toward any other EF Tours product, including tours for adults, language travel programs, and our new tours designed specifically for graduating seniors. (Please see our Future Travel Voucher websitefor all info.)
- The full amount of the Future Travel Voucher is also transferable to anyone else in your family or school community to enable people to sell their vouchers and recoup their entire investment.
- If anyone would rather redeem their voucher for a refund, you will be able to receive all monies paid to EF less $1,000. (This allows us to partially cover costs related to non-recoverable payments to our suppliers, our staff, and the investment we have always made and continue to make in itinerary, date and destination flexibility.)

Whether you are deciding to join a newly rescheduled tour, use the voucher for another EF product, transfer to another individual or redeem for a refund, **no action needs to be taken until you receive the voucher and additional instructions**. Please also know that the only deadline is September 30, 2022—so there's plenty of time to figure out what option works best for you.

This is a difficult situation for everyone. EF has been leading the educational travel industry for 55 years, and we will continue to lead today, tomorrow, and in the coming months and years. We thank you for your patience in unprecedented times and your commitment to helping your children explore the world.

3/17/2020 Fwd: Updated information from EF Tours, Información actualizada de EF Tours - william.mcgrane@mcgranellp.com - Mcgranellp.com Mail

Case 1:20-cv-11740-DJC Document 1-4 Filed 03/17/20 Page 3 of 3

Sincerely,
EF Educational Tours