# United States Court of Appeals
## For the First Circuit

No. 24-8019

MELISSA DOUGLAS; THOMAS AIKINS; SARA KAHL, on behalf of themselves and all others similarly situated,

Plaintiffs - Petitioners,

NATALIA GRABOVSKY, an individual person on behalf of herself and all others similarly situated; JOHN ROCHFORT; ERICA SHARAR; SARA ADAMSKI; RHEANNON ANDROCKITIS; PATRICIA BONDS; MELISSA COOK; ERIN HAZELWOOD; DANIELLA HOLMES; DAVID LUCAS; TRACEY MADDEN; WENDY STOTSENBURG; ERIN GEIST,

Plaintiffs,

v.

EF INSTITUTE FOR CULTURAL EXCHANGE, INC., a California corporation; EF EDUCATION FIRST INTERNATIONAL, LTD.; EF EXPLORE AMERICA, INC.,

Defendants - Respondents,

EF EDUCATION FIRST INTERNATIONAL, AG, a Swiss corporation, a/k/a EF Education First International, Ltd.,

Defendant.

Before

Montecalvo, Kayatta and Rikelman,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: December 9, 2024

  Pursuant to Federal Rule of Civil Procedure 23(f), the plaintiff-petitioners seek leave from this court to appeal the district court's denial of class certification. We conclude that the requirements for interlocutory review of a class certification ruling have not been met here. <u>See</u>

<u>Waste Mgmt. Holdings, Inc.</u> v. <u>Mowbray,</u> 208 F.3d 288, 293-94 (1st Cir. 2000) (setting out factors to be considered when deciding whether to allow review pursuant to Rule 23(f)). Accordingly, the petition for leave to appeal is **DENIED**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sean T. Carnathan
Elizabeth A. Ryan
John J. Roddy
Barry Michael Altman
Joshua P. Davis
Stephanie R. Parker
Brian T. Corrigan
William McGrane
Harvey J. Wolkoff
Matthew Mazzotta
Aliki Sofis
Alexander Hale Loomis
Alexander Sixto Del Nido
Jeffrey L. Ment